**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dexter J. Hillman, ) | No. CV-07-2155-PHX-DGC |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora B. Schriro, et al. ) | |
| Respondents. ) | |

Petitioner filed a notice of appeal to the Ninth Circuit from the order dismissing this action and the entry of final judgment. Dkt. ##28-29, 31. Petitioner requests the appointment of counsel pursuant to Circuit Rule 4-1(b). Dkt. #33. The Court will deny the motion.

Circuit Rule 4-1(b) permits the appointment of counsel in criminal appeals and therefore does not apply to this civil action. Moreover, Petitioner has not made a substantial showing of the denial of a constitutional right, and the ruling that his petition for writ of habeas corpus is procedurally barred is not reasonably debatable. *See* Dkt. #34; *see also Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (district courts have discretion to appoint counsel in civil cases only in "exceptional circumstances").

**IT IS ORDERED** that Petitioner's motion to appoint counsel (Dkt. #33) is **denied**.

DATED this 8th day of January, 2009.

David G. Campbell
United States District Judge